| Date | Pleading Number | |
|---|---|---|
| 5/6/71 | 1. | MOTION, BRIEF, EXHIBITS, CERTIFICATE OF SERVICE filed by plaintiff in three actions (N.D. N.Y., Conn., M.D. Fla.) asking for consolidation in N.D. New York under section 1407. |
| 5/6/71 | | HEARING ORDER - setting for May 26, 1971, Washington, D. C. Sent to Counsel and involved judges. |
| 5/10/71 | | SUPPLEMENTAL CERTIFICATE OF SERVICE for motion. |
| 5/17/71 | 2 | SUNSTAND, INC, ANN MITCHELL BLIVEN (A-3 defendants) Response to motion |
| 5/20/71 | 3. | Response of defendant William Carroll Coyne |
| 5/20/71 | 4. | Response of defendant Albert G. Hartigan. |
| 6/21/71 | | CONSENT of Hon. James T. Foley for Honorable E. Port to handle this litigation |
| 6/21/71 | | ORDER transferring Civil Action 14188 (Connecticut) and 71-32-Orl-Civ M.D. Fla. to N.D. New York for consolidated or coordinated proceedings. |

UNPUBLISHED ORDER OF June 21, 1971

DOCKET NO. 71

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation  Computer ID No. 206

all Closed

IN RE LITIATION INVOLVING WELCH & MORGAN

Transferred to Judge Edmund Port (6/21/71)

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Vincent B. Welch and Edward P. Morgan d/b/a Welch & Morgan v. Warren E. Eaton, et al. | N.D. N.Y. 70-CV-297 | Port | | dismissed 8/22/75 |
| A-2 | Welch & Morgan v. Albert G. Hartigan, et al. | Connecticut 14188 | Clarie | *6/26/71 | dismissed 8/22/75 71-CV-296 |
| A-3 | Vincent B. Welch, Edward P. Morgan and Edward J. Stegemann d/b/a Welch & Morgan v. Sunstand, Inc., et al. | M.D. Florida 71-32-Orl.-Civ. | Young | *6/26/71 | 71-CV-288 dismissed 8/22/75 |

Transferred to 6/30/71

DOCKET NO. 71

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE LITIGATION INVOLVING WELCH & MORGAN

✱ *Service Counsel*

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Gerald J. Mathews, Esquire ✱<br>Melvin and Melvin<br>700 Merchants Bank Building<br>Syracuse, New York 13202 | WARREN E. EATON<br>THOMAS M. FLANNAGAN<br>I RICHAR MITCHELL<br>H. WILLIAM SMITH<br>✱Edward S. Nelson, Esquire<br>25 South Broad Street<br>Norwich, New York 13815<br><br>W. CARROLL COYNE ✱ *CARL PETERSON, ESQ.*<br>Hancock, Estabrook, Ryan, Shove & Hust<br>✱One Mony Plaza<br>Syracuse, New York 13202 |
| A-2 | Raymond Green, Esquire *(sgd for Hartigan 5/11/71)*<br>Day, Berry & Howard<br>One Constitution Plaza<br>Hartford, Connecticut 06103 | ALBERT G. HARTIGAN<br>Warren G. Eginton, Esquire<br>✱Cummings & Lockwood<br>One Atlantic Street<br>Stamford, Connecticut 06904<br><br>JAMES S. TROY<br>Joseph P. Zone, Esquire<br>123 Prospect Street<br>Box 3233, Ridgeway Station<br>Stamford, Connecticut<br><br>✱ROBERT L. O'Neill-Butler<br>Wilson Point<br>South Norwalk, Connecitcut 06854<br><br>✱Mr. Albert G. Hartigan<br>President, Gamma Television Corp<br>7 Berry Lane<br>Darien, Connecticut 06820 |
| A-3 | Robert S. Green, Esquire<br>Gurney, Gurney & Handley<br>203 No. Magnolia Avenue<br>Orlando, Florida | SUNSTAND, INC. ✱ *(sgd for Peterson 5/11/71)*<br>ANN MITCHELL BLIVEN<br>~~Maguire, Voornis & Wells~~<br>~~135 Wall Street~~<br>~~Orlando, Florida~~ |

p. \_\_\_\_\_

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. \_\_71\_\_ -- IN RE LITIGATION INVOLVING WELCH & MORGAN

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Warren E. Eaton | A-1 |
| Thomas M. Flanagan | A-1 |
| I. Richer Mitchell | A-1 |
| W. Carroll Coyne | A-1 |
| H. William Smith | A-1 |
| Albert G. Hartigan | A-2 |
| James S. Troy | A-2 |
| Robert L. O'Neill-Butler | A-2 |
| Gamma Television Corporation | A-2 |
| Sunstand, Inc. | A-3 |
| Ann Mitchell Bliven | A-3 |