JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 71

JUN 21 1971

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Re: MULTIDISTRICT LITIGATION INVOLVING WELCH & MORGAN

ORDER

UPON CONSIDERATION of the motion of the common plaintiffs, Vincent B. Welch and Edward P. Morgan, to transfer all related civil actions to the Northern District of New York, the lack of opposition to said motion, and the agreement of all parties who appeared at the May 26, 1971 hearing and it appearing that the convenience of parties and witnesses would be served and the just and efficient conduct of these actions promoted by said transfer,

IT IS ORDERED that the actions listed on the attached Schedule A pending in other districts are hereby transferred to the United States District Court for the Northern District of New York for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that with the written consent of that Court, filed with the Clerk of the Panel, these actions are hereby assigned to the Honorable Edmund Port.

FOR THE PANEL:

Alfred P. Murrah
Chairman

DOCKET NO. 71            SCHEDULE A

## NORTHERN DISTRICT OF NEW YORK

1. Vincent B. Welch and Edward P. Morgan    Civil Action
   d/b/a Welch & Morgan v. Warren E.    70-CV-297
   Eaton, et al.

## DISTRICT OF CONNECTICUT

2. Welch & Morgan v. Albert G. Hartigan,    Civil Action
   et al.    14188

## MIDDLE DISTRICT OF FLORIDA

3. Vincent B. Welch, Edward P. Morgan and    Civil Action
   Edward J. Stegemann, d/b/a Welch &    71-32-Orl.-Civ.
   Morgan v. Sunstand, Inc., et al.